

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-80,842-01

### EX PARTE RICKY LEE SMALL, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 1267577 IN THE 262nd DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of possession of a controlled substance and sentenced to thirteen years' imprisonment. The First Court of Appeals affirmed his conviction. *Small v. State*, No. 01-10-00983-CR (Tex. App.—Houston [1st Dist.], delivered July 7, 2011, no pet.).

Applicant contends that his appellate counsel rendered ineffective assistance because counsel failed to timely notify Applicant that his conviction had been affirmed. We remanded this

2

application to the trial court for findings of fact and conclusions of law.

On remand, the trial court held a live evidentiary hearing addressing the allegation raised in this application. Based on the habeas record and the testimony provided at that hearing, the trial court has entered findings of fact and conclusions of law that appellate counsel failed to timely notify Applicant that his conviction had been affirmed. The trial court recommends that relief be granted. *Ex parte Wilson*, 956 S.W.2d 25 (Tex. Crim. App. 1997).

We find, therefore, that Applicant is entitled to the opportunity to file an out-of-time petition for discretionary review of the judgment of the First Court of Appeals in Cause No. 01-10-00983-CR that affirmed his conviction in Cause No. 1267577 from the 262nd District Court of Harris County. Applicant shall file his petition for discretionary review with this Court within 30 days of the date on which this Court's mandate issues.

Delivered: November 19, 2014
Do not publish